**GIRARD SHARP LLP**
Dena C. Sharp (State Bar No. 245869)
Adam E. Polk (State Bar No. 273000)
Nina R. Gliozzo (State Bar No. 333569)
Patrick T. Johnson (State Bar No. 329580)
601 California Street, Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
Email: dsharp@girardsharp.com
Email: apolk@girardsharp.com
Email: ngliozzo@girardsharp.com
Email: pjohnson@girardsharp.com

*Counsel for Plaintiff R.S.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| R.S.,<br><br>   Plaintiff,<br><br>v.<br><br>COOPERSURGICAL, INC.; THE COOPER COMPANIES, INC.; and DOES 1-10, inclusive,<br><br>   Defendants. | Case No. 4:24-cv-02031-JST<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF CLAIMS BROUGHT BY PLAINTIFF PURSUANT TO FED. RULE CIV. P. 41(a)**<br><br>Judge: Hon. Jon S. Tigar |

1  PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i),
2  Plaintiff R.S. hereby voluntarily dismiss their claims without prejudice. Defendants have not served an
3  answer or motion for summary judgment and Plaintiff has not previously dismissed any federal or state-
4  court action based on the same claim.

6  Dated: January 14, 2025                                        Respectfully submitted,

7                                                                 /s/ Dena C. Sharp

8                                                                 Dena C. Sharp (State Bar No. 245869)
                                                                  Adam E. Polk (State Bar No. 273000)
9                                                                 Nina R. Gliozzo (State Bar No. 333569)
10                                                                Patrick T. Johnson (State Bar No. 329580)
                                                                  **GIRARD SHARP LLP**
11                                                                601 California Street, Suite 1400
                                                                  San Francisco, CA 94108
12                                                                Telephone: (415) 981-4800
                                                                  Email: dsharp@girardsharp.com
13                                                                Email: apolk@girardsharp.com
14                                                                Email: ngliozzo@girardsharp.com
                                                                  Email: pjohnson@girardsharp.com
15
16                                                                *Counsel for Plaintiff R.S.*

## CERTIFICATE OF SERVICE

I hereby certify that on January 14, 2025 I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will automatically send notification of the filing to all counsel of record.

                                                */s/ Dena C. Sharp*
                                                Dena C. Sharp